IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>WILLIAM ARTHUR PARROTT,<br><br>　　　　　　　　Defendant. | 4:23CR3120<br><br><br>**ORDER** |

　　　　This matter is before the court on the Defendant's unopposed Motion to Continue Trial. (Filing No. 55.) Defendant asserts that he and counsel need additional time to review and analyze recently received discovery materials. The government has no objection to the continuance. The court finds that good cause has been shown and the Motion should be granted.

　　　　**IT IS ORDERED** that the Motion to Continue Trial (Filing No. 55) is granted, as follows:

1. The jury trial now set for September 9, 2024, is continued to **October 15, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and **October 15, 2024**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 23rd day of August, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Jacqueline M. DeLuca*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge