IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>WILLIAM ARTHUR PARROTT,<br><br>              Defendant. | 4:23CR3120<br><br>**ORDER** |

      The Court held a telephone conference on September 30, 2024 regarding Defendant William Arthur Parrott's, unopposed Motion to Continue Trial (Filing No. 65) and unopposed Motion to Continue Trial (corrected) (Filing No. 66).  During this call, counsel for Defendant represented he needs additional time to review and analyze discovery, to review the same with Mr. Parrott, and to prepare with Mr. Parrott for trial. During this call, it was represented that Defendant agrees that any time between today's date and January 27, 2025 will be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act. The government has no objection to the continuance. For good cause shown during the telephone conference and in the aforementioned motions,

      **IT IS ORDERED** that the Motion to Continue Trial (Filing No. 65) is denied as moot and the Motion to Continue Trial (corrected) (Filing No. 66) is granted, as follows:

1. The jury trial now set for October 15, 2024, is continued to **January 27, 2025. No further continuances will be granted absent a substantial showing of good cause.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), and with the consent of the Defendant and the government, the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between today's date and **January 27, 2025**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 30th day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge